# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VRH, | Case No. 1:22-cv-00727-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE AS PREMATURE |
| v. | |
| BERGMAN, *et al.*, | (ECF No. 7) |
| Defendants. | |

Plaintiff Aaron Vrh ("Plaintiff") is a former county jail inmate and current state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was transferred from the Sacramento Division of the United States District Court for the Eastern District of California to the Fresno Division on June 15, 2022. (ECF No. 4.) Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and the complaint has not yet been screened.

Currently before the Court is Plaintiff's motion for electronic service of the complaint on defendants, filed June 21, 2022. (ECF No. 7.) Plaintiff states that he has a similar type of case in the Northern District Court and in that case the court was able to electronically serve the defendants on his behalf due to his incarceration. Plaintiff requests that this Court also electronically serve the defendants in this case and provides contact information for an attorney. Plaintiff also states that his mother is sending the filing fee for this action, and that due to COVID

restrictions the law library is closed in his building.  (*Id.*)

Plaintiff's request for electronic service is premature.  The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  As noted above, Plaintiff's complaint has not yet been screened.  The Court will direct service of process only after Plaintiff's complaint has been screened and found to state cognizable claims for relief.   Once the complaint is screened and found to have stated a cognizable claim against any defendant the Court will provide Plaintiff with any further instructions regarding service of process, whether through electronic or conventional means.  Plaintiff does not need to request service.  Plaintiff's complaint will be screened in due course.

Accordingly, Plaintiff's motion for service of the complaint, (ECF No. 7), is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated:   **June 22, 2022**              /s/ *Barbara A. McAuliffe*        _
                                       UNITED STATES MAGISTRATE JUDGE