# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON VRH,<br><br>        Plaintiff,<br><br>    v.<br><br>BERGMAN, *et al.*,<br><br>        Defendants. | Case No. 1:22-cv-00727-BAM (PC)<br><br>ORDER CONFIRMING RECEIPT OF FILING FEE |

Plaintiff Aaron Vrh ("Plaintiff") is a former county jail inmate and current state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 16, 2022, the Court issued an order directing Plaintiff to submit an application to proceed *in forma pauperis* or pay the $402.00 filing fee in full to proceed with this action. (ECF No. 6.) On June 28, 2022, the Court received a payment of $402.00 from Peggy Dias on behalf of Plaintiff Aaron Vrh, AY5631. (Receipt #CAE100050808, dated June 28, 2022.)

By the instant order, the Court confirms for Plaintiff that the $402.00 filing fee was received in full on June 28, 2022, and Plaintiff will be permitted to proceed in this action. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

    Dated: __**June 29, 2022**__               /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE