**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON VRH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BERGMAN, *et al.*,<br><br>　　　　Defendants. | No. 1:22-cv-00727-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>(Doc. 14) |

　　　　The assigned magistrate judge issued findings and recommendations that this action be dismissed, with prejudice, for lack of subject matter jurisdiction. (Doc. 14.) The magistrate judge found that the *Rooker-Feldman* doctrine prevents this Court from exercising subject matter jurisdiction over an action that Plaintiff repeatedly characterized as an appeal from a state court judgment. (*Id.*) On October 20, 2022, Plaintiff timely filed objections to the findings and recommendations. (Doc. 15.)

　　　　Plaintiff's objections provide no basis for declining to adopt the findings and recommendations. Plaintiff attempts to clarify that the state court case he originally filed was dismissed based on a time limit, rather than based on the merits of the action. (*Id.* at 2.) Plaintiff contends that this dismissal was a misuse of power, and the case was wrongfully decided by the state judge. (*Id.* at 3.) However, these arguments confirm that Plaintiff is seeking relief from the state court judgment due to an alleged legal error. He may only challenge the state's court's

judgment in the state court of appeal. Thus, this provides further support for the magistrate judge's conclusion that Plaintiff is requesting an improper appellate review of the dismissed state court action.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on October 7, 2022, (Doc. 14), are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, with prejudice, for lack of subject matter jurisdiction.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 24, 2022**

UNITED STATES DISTRICT JUDGE